AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
#### Northern District of Texas

| | | |
|---|---|---|
| Dana Saunders | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:23-cv-01974-S |
| Petro-Chemical Transport LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Petro-Chemical Transport LLC                                                      .

Date:     11/08/2023

/s/ Emilee N. Crowther
*Attorney's signature*

Emilee N. Crowther, 24109772
*Printed name and bar number*

900 S. Capital of Texas Hwy. Suite 300
Austin, Texas 78746

*Address*

encrowther@duanemorris.com
*E-mail address*

(512) 277-2256
*Telephone number*

(512) 233-2921
*FAX number*