IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DANA SAUNDERS,<br><br>        Plaintiff,<br>v.<br><br>PETRO-CHEMICAL TRANSPORT, LLC<br><br>        Defendant. | Case No. 3:23-CV-01974 |

## DEFENDANT PETRO-CHEMICAL TRANSPORT, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Petro-Chemical Transport, LLC ("PCT" or "Defendant"), through counsel, respectfully moves for a thirty-day extension of time to file its responsive pleading to Plaintiff Dana Saunders' ("Plaintiff") Complaint, to and including December 7, 2023. Plaintiff does not oppose the relief requested in Defendant's Motion. In support of its Motion, PCT states as follows:

        1.      On September 1, 2023, Plaintiff Dana Saunders ("Plaintiff") commenced a civil action against PCT by filing a Collective Action Complaint (the "Complaint") in the United States District Court for the Northern District of Texas. (ECF No. 1.)

        2.      On or about October 16, 2023, Plaintiff served a copy of the Complaint and Summons on PCT.

        3.      PCT and its counsel are investigating the allegations of Plaintiff's Complaint and require additional time to complete their investigation and to prepare PCT's response to Plaintiff's Complaint. PCT therefore respectfully requests a 30-day extension of time, to and including December 7, 2023, to respond to the Complaint.

4.	This is PCT's first request for an extension of time.  This request is made in good faith and not for the purpose of delay, or for any other improper purpose.  Neither party would be prejudiced by the brief extension of time sought by this Motion.

5.	Counsel for PCT conferred with counsel for Plaintiff on November 7, 2023.  Plaintiff does not oppose the requested extension.

**WHEREFORE**, Petro-Chemical Transport, LLC respectfully requests that the Court enter an order extending the deadline for filing its responsive pleading to Plaintiff's Complaint, to and including December 7, 2023.

| | |
|---|---|
| **DATED:  November 8, 2023** | Respectfully submitted, |
| | Petro-Chemical Transport, LLC |
| | By: /s/ Emilee Crowther |
| | **Attorney for Petro-Chemical Transport, LLC** |

Alex W. Karasik (*pro hac forthcoming*)
awkarasik@duanemorris.com
IL Bar No. 6320893
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois  60603
Telephone:	(312) 499-6764
Facsimile:	(312) 279-6767

Michael Curley (*pro hac forthcoming*)
mcurley@duanemorris.com
NY Bar No. 6272366
DUANE MORRIS LLP
Maximus 1540 Broadway, 34th Floor
New York, NY 10036
Telephone:	(212) 692-1063
Facsimile:	(212) 692-1020

Emilee N. Crowther
encrowther@duanemorris.com

2

Texas Bar No. 24109772
DUANE MORRIS LLP
900 S. Capital of Texas Hwy. Suite 300
Austin, Texas 78746
Telephone:   (512) 277-2256
Facsimile:    (512) 233-2921

*Counsel for Defendant Petro-Chemical Transport, LLC*

## CERTIFICATE OF CONFERENCE

On November 7, 2023, counsel for Defendant conferred with Douglas B. Welmaker, attorney for Plaintiff. Counsel for Plaintiff had no opposition to this Motion for Extension of Time to File Response to Complaint and he concurred that the extension of time was warranted.

/s/ *Emilee Crowther*
Emilee Crowther, Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed through the Court's CM/ECF System and served on Counsel of Record.

/s/ *Jennifer McCleary*
Jennifer McCleary

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DANA SAUNDERS,<br><br>  Plaintiff,<br><br>v.<br><br>PETRO-CHEMICAL TRANSPORT, LLC<br><br>  Defendant. | Case No. 3:23-cv-01974 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME**

After review of Defendant Petro-Chemical Transport, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff Dana Saunders' Complaint, the Court hereby **GRANTS** the Motion in its entirety. Defendant Petro-Chemical Transport, LLC's Response is due in this matter on or before December 7, 2023.

  **IT IS SO ORDERED**.


DATE: _____


                _____
                JUDGE PRESIDING