# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DANA SAUNDERS | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1974-S |
| PETRO-CHEMICAL TRANSPORT, LLC | § § § | |

### ORDER

This Order addresses the Unopposed Stipulation and Joint Motion to Submit Action to Binding and Final Arbitration ("Joint Motion") [ECF No. 7]. Upon review and consideration of the Joint Motion, the Court **GRANTS** the Joint Motion and hereby **ORDERS** that Plaintiff and Defendant submit the claims at issue to final and binding arbitration.

All pending claims and this case are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED December 6, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**