UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANA SAUNDERS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF<br><br>v.<br><br>PETRO-CHEMICAL TRANSPORT, LLC,<br><br>DEFENDANT | § § § § § § § § § § § § § § § | CA NO. 3:23-cv-1974-S |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Dana Saunders ("Plaintiff") and Defendant Petro-Chemical Transport, LLC ("Defendant") (collectively "the Parties") stipulate and agree that as Plaintiff no longer desires to pursue her claims against Defendant, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii) and each party shall bear their own fees and costs.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter an order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendant in this action with each party bearing their own attorney's fees and costs.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


*/s/ Emilee N. Crowther*
Emilee N. Crowther (#24109772)
Duane Morris LLP
900 S. Capital of Texas Hwy, Suite 300
Austin, TX 78746-5435
P: (512) 277 2256
F: (512) 233 2921
E: ENCrowther@duanemorris.com

**COUNSEL FOR DEFENDANT PETROCHEMICAL TRANSPORT, LLC**


**CERTIFICATE OF SERVICE**

On January 9, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker

2